**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THEODORE THOMAS NAVOLIO, et al.,**

        **Plaintiffs,**

-vs-                                    **Case No. 6:06-cv-698-Orl-31KRS**

**TWO RECORDS FILED INTO THE VOLUSIA COUNTY OFFICIAL RECORDS DEPT. AT BOOK 5785 PAGE 4800 AND BOOK 5785 PAGE 4799, et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS (Doc. No. 7)**
>
> **FILED:** June 22, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice for failure to comply with Middle District of Florida Local Rule 3.01(g)**.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties