# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THEODORE THOMAS NAVOLIO,**
**OFFICE OF THE ATTORNEY GENERAL**
**OF THE STATE OF FLORIDA and**
**OFFICE OF THE STATE ATTORNEY**
**SEVENTH JUDICIAL CIRCUIT,**

          **Plaintiffs,**

-vs-                                               Case No.  6:06-cv-698-Orl-31KRS

**TWO RECORDS FILED INTO THE**
**VOLUSIA COUNTY OFFICIAL**
**RECORDS DEPT. AT BOOK 5785 PAGE**
**4800 AND BOOK 5785 PAGE 4799; ONE**
**RECORD FILED INTO THE ALACHUA**
**COUNTY OFFICIAL RECORDS DEPT.**
**AT BOOK NO. 3330 PAGE 1206;**
**SECRETARY OF THE TREASURY OF**
**THE UNITED STATES and DELEGATE**
**OF THE SECRETARY,**

          **Defendants.**

_____

## ORDER

Upon consideration of Defendants' Motion to Dismiss (Doc. 6), which Plaintiff has failed to oppose, it is

**ORDERED** that said Motion is GRANTED.  Plaintiff's Complaint is DISMISSED with prejudice as frivolous and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE